BENJAMIN B. WAGNER
United States Attorney
E. ROBERT WRIGHT (SBN 51861)
Assistant U.S. Attorney
United States Courthouse
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-01413-JAM-GGH |
| ) | |
| Plaintiff, ) | FINAL JUDGMENT OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| APPROXIMATELY $635,486.07 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

   1.  This is a civil forfeiture action against Approximately $635,486.07 in U.S. Currency (hereafter "defendant currency").

   2.  A Verified Complaint for Forfeiture *In Rem* was filed on May 21, 2009, seeking the forfeiture of the defendant currency, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

   3.  On or about May 22, 2009, the Court issued a Warrant for Arrest for the defendant currency, which was duly executed on May 27, 2009.

   4.  Beginning on May 29, 2009, for at least 30 consecutive

days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 30, 2009.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Ryan Louis Ennis

    b. David M. Michael (attorney for Ennis)

6. On June 18, 2009, Ryan Louis Ennis filed a verified claim alleging an ownership and/or possessory interest in, and the right to exercise dominion and control over the defendant currency.

7. Apart from claimant Ryan Louis Ennis, no other party has filed a claim or answer in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Ryan Louis Ennis and all other potential claimants who have not filed claims in this action.

3. All right, title and interest of claimant Ryan Louis Ennis in the defendant currency shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of

according to law.

    4.  That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

    5.  Claimant Ryan Louis Ennis waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

    6.  All parties are to bear their own costs and attorneys' fees.

    7.  The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

    SO ORDERED THIS 5th day of November, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge